Brian J. Mullen
P.O. Box 32247
Phoenix, AZ 85064

UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MIRANDA, CARLTON G | § | Case No. 08-15778-PHX EPB |
| MIRANDA, MARIBEL | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    BRIAN J. MULLEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $     (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/BRIAN J. MULLEN_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | CITIFINANCIAL, INC. 12370 NORTH 83RD AVENUE, STE 108 Peoria, AZ 85381 |  |  |  |  |  |
|  | Countrywide 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Or Comm Cu Pob 1493 Eugene, OR 97440 | | | | | |
| 2 | AQUA FINANCE | | | | | |
| 7 | COUNTRYWIDE HOME LOANS, INC C/O MAR | | | | | |
| 10 | SARAH ANN RANCH HOMEOWNERS ASSOCIAT | | | | | |
| | GEICO DIRECT INSURANCE COMPANY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MULLEN, BRIAN J. | | | | | |
| MULLEN, BRIAN J. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ALLEN, SALA & BAYNE | | | | | |
| FRANCISCO X. GUTIERREZ | | | | | |
| ALLEN, SALA & BAYNE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARIZONA DEPARTMENT OF REVENUE BANKRUPTCY DIVISION FIELD 1011 1600 W MONROE 7TH FLOOR Phoenix, AZ 85007 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | IRS | | | | | |
| 14A | OREGON DEPT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMAZON WINDOW 1050 N ELISEO FELIX IR WAY #102A Avondale, AZ 85323 | | | | | |
| | AMERICAN ALARM 5115 N DYSART AUITE 202-606 Litchfield Park, AZ 85340 | | | | | |
| | Aaa Collctrs 520 N Brookhurst Anaheim, CA 92801 | | | | | |
| | BANK OF AMERICA PO BOX 25118 Tampa, FL 33622 | | | | | |
| | BANK OF AMERICA PO BOX 3609 Los Angeles, CA 90051 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bonn Coll 2627 Washington Bl Ogden, UT 84401 | | | | | |
| | Bur Med Econ 326 E Coronado Rd Phoenix, AZ 85004 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |
| | Citifinancia Po Box 499 Hanover, MD 21076 | | | | | |
| | DESERT SCHOOLS FEDERAL CREDIT UNION 777 E WISCONSIN AVE Milwaukee, WI 53202 | | | | | |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |
| | GENERATION FAMILY MEDICNE 13945 W GRAND AVE Surprise, AZ 85374 | | | | | |
| | HOUSE HOLD BANK PO BOX 5253 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | NORTH VALLEY EMERGENCY PO BOX 53026 Phoenix, AZ 85072 | | | | | |
| | NORTH VALLEY EMERGENCY PO BOX 53026 Phoenix, AZ 85072 | | | | | |
| | NORTH VALLEY EMERGENCY PO BOX 53026 Phoenix, AZ 85072 | | | | | |
| | PATHOLOGY SPECIALIST AZ PO BOX 42210 Phoenix, AZ 85080 | | | | | |
| | Paradise | | | | | |
| | Premasset | | | | | |
| | RADIO SHACK 110 LAKE DR Newark, DE 19702 | | | | | |
| | Rshk/Cbsd Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | SARAH ANN RANCH HOA 7740 N 16TH STREET #300 Phoenix, AZ 85020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SOUTHWEST DIAGNOSTIC IMAGING PO BOX 849753 Dallas, TX 75284 | | | | | |
| | SPRINT PO BOX 1022 Wixom, MI 48393 | | | | | |
| | THUNDERBIRD HOSPITAL 5757 W THUNDERBIRD RD E-155 Glendale, AZ 85306 | | | | | |
| | Target N.B. Po Box 673 Minneapolis, MN 55440 | | | | | |
| | VANGUARD HEALTH 555 VAN REED WYOMISSING, PA 19671 | | | | | |
| | Wf Fin Bank 3201 North 4th Ave Sioux Falls, SD 57104 | | | | | |
| | Wf Fin Bank Po Box 5943 Sioux Falls, SD 57117 | | | | | |
| 16 | AQUA FINANCE | | | | | |
| 5 | ARIZ FED CU | | | | | |
| 8 | BUR MED ECON | | | | | |

Case 2:08-bk-15778-EPB    Doc 101    Filed 10/21/13    Entered 10/21/13 15:08:48    Desc
Page 9 of 19

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 11 | ECAST SETTLEMENT CORPORATION | | | | | |
| 12 | ECAST SETTLEMENT CORPORATION | | | | | |
| 13 | ECAST SETTLEMENT CORPORATION | | | | | |
| 9 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 15 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 17 | ELAN FINANCIAL SERVICES AS SERVICER | | | | | |
| 1B | IRS | | | | | |
| 14B | OREGON DEPT OF REVENUE | | | | | |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| 6 | PREMIER BANKCARD/CHARTER | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | |
|---|---|
| Case No: 08-15778-PHX  EPB  Judge: EDDWARD P BALLINGER | Trustee Name: BRIAN J. MULLEN |
| Case Name: MIRANDA, CARLTON G | Date Filed (f) or Converted (c): 11/12/09 (c) |
| MIRANDA, MARIBEL | 341(a) Meeting Date: 12/17/09 |
| For Period Ending: 09/09/13 | Claims Bar Date: 09/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD LOCATED AT 17867 W. EUGENE TERRACE, SURP | 188,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH LOCATION: 17867 W. EUGENE TERRACE, SURPRISE A | 20.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT #000233522370 LOCATED AT BANK OF | 0.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING ACCOUNT #457003432697 LOCATED AT BANK OF | 0.00 | 0.00 | | 0.00 | FA |
| 5. SAVINGS ACCOUNT #000238510481 LOCATED AT BANK OF A | 0.00 | 0.00 | | 0.00 | FA |
| 6. SAVINGS ACCOUNT #457011393977 LOCATED AT BANK OF A | 7.00 | 0.00 | | 0.00 | FA |
| 7. CHECKING ACCOUNT #457011392091 LOCATED AT BANK OF | 51.00 | 0.00 | | 0.00 | FA |
| 8. CHECKING AND SAVINGS ACCOUNT #1039318 LOCATED AT D | 0.00 | 0.00 | | 0.00 | FA |
| 9. CHECKING AND SAVINGS ACCOUNT #444632 LOCATED AT AZ | 0.00 | 0.00 | | 0.00 | FA |
| 10. CHECKING ACCOUNT #263016501526 LOCATED WITH CHASE | 0.00 | 0.00 | | 0.00 | FA |
| 11. 1 KITCHEN TABLE AND 4 CHAIRS $75; 2 COUCHES $100; | 1,135.00 | 0.00 | | 0.00 | FA |
| 12. CLOTHING LOCATION: 17867 W. EUGENE TERRACE, SURPRI | 300.00 | 0.00 | | 0.00 | FA |
| 13. 1994 CADDILAC FLEETWOOD IN FAIR CONDITION WITH 160 | 3,175.00 | 0.00 | | 0.00 | FA |
| 14. 1964 CHEVY IMPALA IN POOR CONDITION WITH UNKNOWN M | 500.00 | 0.00 | | 0.00 | FA |
| 15. 1997 GMC JIMMY IN FAIR CONDITION WITH 150,000 MILE | 1,400.00 | 0.00 | | 0.00 | FA |
| 16. PERSONAL INJURY ACTION | Unknown | 6,500.00 | | 6,500.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 1.03 | | 1.03 | FA |
| TOTALS (Excluding Unknown Values) | $194,588.00 | $6,501.03 | | $6,501.03 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/11    Current Projected Date of Final Report (TFR): 09/30/11

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-15778-PHX -EPB | | Trustee Name: | BRIAN J. MULLEN |
| Case Name: | MIRANDA, CARLTON G | | Bank Name: | UNION BANK |
| | MIRANDA, MARIBEL | | Account Number / CD #: | *******4685  Checking Account |
| Taxpayer ID No: | *******7672 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/24/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 402.12 | | 402.12 |
| 06/10/13 | 005001 | OREGON DEPT OF REVENUE<br>955 CENTER STREET NE<br>SALEM OR 97301-2555 | Claim 14A, Payment 0.00641% | 5800-000 | | 0.03 | 402.09 |
| 06/10/13 | 005002 | ECAST SETTLEMENT CORPORATION<br>POB 35480<br>NEWARK NJ 07193-5480 | Claim 11, Payment 1.97930% | 7100-000 | | 17.08 | 385.01 |
| 06/10/13 | 005003 | ECAST SETTLEMENT CORPORATION<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD., SUITE 200<br>TUCSON, AZ 85712 | Claim 12, Payment 1.97976% | 7100-000 | | 50.01 | 335.00 |
| 06/10/13 | 005004 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF HSBC BANK NEVADA<br>BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL ROAD, SUITE #200<br>TUCSON, AZ 85712 | Claim 13, Payment 1.97990% | 7100-000 | | 25.85 | 309.15 |
| 06/10/13 | 005005 | OREGON DEPT OF REVENUE<br>955 CENTER STREET NE<br>SALEM OR 97301-2555 | Claim 14B, Payment 1.98442% | 7100-000 | | 1.91 | 307.24 |
| 06/10/13 | 005006 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF GE MONEY<br>BANK/DILLARD'S<br>POB 35480<br>NEWARK NJ 07193-5480 | Claim 15, Payment 1.97915% | 7100-000 | | 5.98 | 301.26 |
| 06/10/13 | 005007 | AQUA FINANCE<br>PO BOX 844<br>WAUSAU, WI 54401-1722 | Claim 16, Payment 1.97980%<br>(16-1) 0632<br>(16-1) 800-284-3663 | 7100-000 | | 91.48 | 209.78 |
| 06/10/13 | 005008 | ELAN FINANCIAL SERVICES AS SERVICER FOR DESERT | Claim 17, Payment 1.97985%<br>(17-1) CREDIT CARD | 7100-000 | | 25.66 | 184.12 |
| | | | Page Subtotals | | 402.12 | 218.00 | |

Page: 2

Exhibit 9

2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-15778-PHX -EPB | | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|---|
| Case Name: | MIRANDA, CARLTON G | | Bank Name: | UNION BANK |
| | MIRANDA, MARIBEL | | Account Number / CD #: | *******4685 Checking Account |
| Taxpayer ID No: | *******7672 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | SCHOOLS FCU<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | | | | | |
| 06/10/13 | 005009 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Claim 3, Payment 1.97962%<br>(3-1) UNSECURED CLAIM | 7100-000 | | 49.33 | 134.79 |
| 06/10/13 | 005010 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>P.O. BOX 41067<br>NORFOLK, VA 23541 | Claim 4, Payment 1.97977%<br>(4-1) UNSECURED CLAIM | 7100-000 | | 70.45 | 64.34 |
| 06/10/13 | 005011 | ARIZ FED CU<br>333 N 44TH STREET<br>PHOENIX AZ 85008 | Claim 5, Payment 1.98002%<br>(5-1) VISA CREDIT CARD | 7100-000 | | 20.16 | 44.18 |
| 06/10/13 | 005012 | PREMIER BANKCARD/CHARTER<br>P.O. BOX 2208<br>VACAVILLE, CA 95696 | Claim 6, Payment 1.97833% | 7100-000 | | 6.83 | 37.35 |
| 06/10/13 | 005013 | BUR MED ECON<br>326 E CORONADO RD<br>PHOENIX AZ 85004 | Claim 8, Payment 1.97942%<br>(8-1) MEDICAL SERVICES | 7100-000 | | 23.08 | 14.27 |
| 06/10/13 | 005014 | ECAST SETTLEMENT CORPORATION<br>ASSIGNEE OF<br>FIA CARD SERVICES AKA BANK OF AMERICA<br>POB 35480<br>NEWARK NJ 07193-5480 | Claim 9, Payment 1.98024% | 7100-000 | | 14.27 | 0.00 |

Page Subtotals  0.00  184.12

Ver: 17.03

2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-15778-PHX -EPB | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | MIRANDA, CARLTON G | Bank Name: | UNION BANK |
| | MIRANDA, MARIBEL | Account Number / CD #: | *******4685 Checking Account |
| Taxpayer ID No: | *******7672 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 402.12 | 402.12 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 402.12 | 0.00 | |
| | | | Subtotal | | 0.00 | 402.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 402.12 | |

Page Subtotals     0.00     0.00

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-15778-PHX -EPB | | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|---|
| Case Name: | MIRANDA, CARLTON G | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIRANDA, MARIBEL | | Account Number / CD #: | *******2803  BofA - Money Market Account |
| Taxpayer ID No: | *******7672 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/10 | 16 | PROGRESSIVE ADVANCED INSURANCE CO. | SETTLEMENT PROCEEDS FROM PI CLAIM | 1142-000 | 6,500.00 | | 6,500.00 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 6,500.07 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 6,500.23 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 6,500.40 |
| 09/17/10 | 000301 | FRANCISCO X. GUTIERREZ<br>GUTIERREZ LAW FIRM, P.C.<br>1001 N CENTRAL AVENUE, SUITE 660<br>PHOENIX, AZ  85004 | SPECIAL COUNSEL - FEES | 3210-000 | | 2,166.66 | 4,333.74 |
| 09/17/10 | 000302 | GEICO DIRECT INSURANCE COMPANY<br>ONE GEICO WEST<br>P.O. BOX 509119<br>SAN DIEGO, CA  92150-9119 | MEDICAL LIEN | 4210-000 | | 768.70 | 3,565.04 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.14 | | 3,565.18 |
| 10/06/10 | 000303 | ALLEN, SALA & BAYNE<br>1850 NORTH CENTRAL AVE, SUITE 1150<br>PHOENIX, AZ  85004 | ATTORNEY FOR TRUSTEE - FEES | 3210-000 | | 1,128.36 | 2,436.82 |
| 10/06/10 | 000304 | ALLEN, SALA & BAYNE<br>1850 NORTH CENTRAL AVE, SUITE 1150<br>PHOENIX, AZ  85004 | ATTORNEY FOR TRUSTEE - EXPENSES | 3220-000 | | 71.64 | 2,365.18 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,365.24 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,365.30 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,365.36 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.06 | | 2,365.42 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,365.44 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,365.46 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,365.48 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,365.50 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,365.52 |

Page Subtotals     6,500.88     4,135.36

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-15778-PHX -EPB | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | MIRANDA, CARLTON G | Bank Name: | BANK OF AMERICA, N.A. |
| | MIRANDA, MARIBEL | Account Number / CD #: | *******2803 BofA - Money Market Account |
| Taxpayer ID No: | *******7672 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,365.54 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,365.56 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,365.58 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,365.60 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.01 | 2,362.59 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,362.61 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.91 | 2,359.70 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,359.72 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.91 | 2,356.81 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.02 | | 2,356.83 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.09 | 2,353.74 |
| 02/11/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 2,353.75 |
| 02/11/12 | | Transfer to Acct #*******2076 | Final Posting Transfer | 9999-000 | | 2,353.75 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 6,501.03 | 6,501.03 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 2,353.75 | |
| Subtotal | | 6,501.03 | 4,147.28 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 6,501.03 | 4,147.28 | |

Page Subtotals       0.15       2,365.67

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-15778-PHX -EPB | Trustee Name: | BRIAN J. MULLEN |
|---|---|---|---|
| Case Name: | MIRANDA, CARLTON G | Bank Name: | BANK OF AMERICA, N.A. |
| | MIRANDA, MARIBEL | Account Number / CD #: | *******2076 BofA - Checking Account |
| Taxpayer ID No: | *******7672 | | |
| For Period Ending: | 09/09/13 | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | BALANCE FORWARD | | | | 0.00 |
|---|---|---|---|---|---|---|---|
| 02/11/12 | | Transfer from Acct #*******2803 | Transfer In From MMA Account | 9999-000 | 2,353.75 | | 2,353.75 |
| 05/29/12 | 003001 | BRIAN J. MULLEN, TRUSTEE<br>PO BOX 32247<br>PHOENIX, AZ 85064 | Chapter 7 Compensation/Fees | 2100-000 | | 1,400.10 | 953.65 |
| 05/29/12 | 003002 | BRIAN J. MULLEN, TRUSTEE<br>PO BOX 32247<br>PHOENIX, AZ 85064 | Chapter 7 Expenses | 2200-000 | | 83.81 | 869.84 |
| 05/29/12 | 003003 | OREGON DEPT OF REVENUE<br>955 CENTER STREET NE<br>SALEM OR 97301-2555 | Claim 14A, Payment 99.99359% | 5800-000 | | 467.72 | 402.12 |
| * 05/29/12 | 003004 | IRS<br>210 E EARLL<br>STOP 5014PX<br>PHOENIX AZ 85012 | Claim 1A, Payment 99.99254% | 5800-004 | | 402.12 | 0.00 |
| * 10/15/12 | 003004 | IRS<br>210 E EARLL<br>STOP 5014PX<br>PHOENIX AZ 85012 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -402.12 | 402.12 |
| 10/24/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 402.12 | 0.00 |

Page Subtotals 2,353.75 2,353.75

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 08-15778-PHX -EPB | | Trustee Name: | BRIAN J. MULLEN |
| Case Name: | MIRANDA, CARLTON G | | Bank Name: | BANK OF AMERICA, N.A. |
| | MIRANDA, MARIBEL | | Account Number / CD #: | *******2076 BofA - Checking Account |
| Taxpayer ID No: | *******7672 | | | |
| For Period Ending: | 09/09/13 | | Blanket Bond (per case limit): | $ 52,854,941.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 2,353.75 | 2,353.75 | 0.00 |
| | | | Less: Bank Transfers/CD's | 2,353.75 | 402.12 | |
| | | | Subtotal | 0.00 | 1,951.63 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 0.00 | 1,951.63 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********4685 | 0.00 | 402.12 | 0.00 |
| BofA - Money Market Account - ********2803 | 6,501.03 | 4,147.28 | 0.00 |
| BofA - Checking Account - ********2076 | 0.00 | 1,951.63 | 0.00 |
| | 6,501.03 | 6,501.03 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00